JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ROBERTSON et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 2:25-cv-08677-SB-SSC<br><br>ORDER GRANTING MOTION TO REMAND [DKT. NO. 17] AND DENYING REQUEST FOR ATTORNEY'S FEES |

     Plaintiffs Ryan Robertson and Melissa Miller filed this action in state court, alleging claims under California's Song–Beverly Consumer Warranty Act and the federal Magnuson–Moss Act. Defendant General Motors LLC waited over two months after answering to remove the case, invoking diversity jurisdiction. The notice of removal conclusorily alleges that Defendant "[i]n the last 30 days" had "conducted a preliminary investigation" and determined, based on unspecified information, that the case was subject to federal jurisdiction. Dkt. No. 1 at 2. Plaintiffs move to remand, challenging the timeliness of removal. Dkt. No. 17. The Court finds this matter suitable for decision without oral argument and vacates the November 14 motion hearing. Fed. R. Civ. P. 78; L.R. 7-15.

     Defendant's notice of removal is nearly identical those it filed in numerous other cases removed around the same time, which this Court has remanded based on untimeliness. *E.g.*, *Cantero v. General Motors LLC*, No. 2:25-CV-06837-SB-PD, 2025 WL 2637990 (C.D. Cal. July 25, 2025). For the same reasons as in those cases, Defendant has not met its burden to show that removal was proper. Plaintiffs' motion is therefore granted, and the case is remanded to the Los Angeles County Superior Court. The Court declines to exercise its discretion under 28 U.S.C. § 1447(c) to award attorney's fees and costs.

Date: November 4, 2025

                                                    Stanley Blumenfeld, Jr.
                                                 United States District Judge